

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. TRAVIS ALAN-CODY PAIR, **Defendant.** | CR 15-30-BLG-SPW ORDER DISMISSING FORFEITURE COUNT |

In the indictment in the above-captioned case, the United States sought the forfeiture under 26 U.S.C. § 5872 and 18 U.S.C. § 924(d) of any and all real or personal property used and intended to be used in any manner or part to commit and to facilitate the commission of the firearms violations alleged in the indictment, including but not limited to the firearm, a Rossi, model S41, .410 gauge, break action shotgun (serial number SR394505) and ammunition, two .410 gauge shotgun shells.

The Bureau of Alcohol, Tobacco, Firearms, and Explosives conducted administrative forfeiture proceedings regarding the firearm and ammunition, and,

1

during the process, provided notice to the defendant and the public of its intent to forfeit the firearm in accordance with 18 U.S.C. § 983(a)(1) and (2). Therefore,

Upon the United States' Unopposed Motion to Dismiss Forfeiture Count (Doc. 30), and for good cause being shown,

IT IS HEREBY ORDERED that the Motion is GRANTED and the criminal forfeiture proceeding in the above-captioned case is DISMISSED.

The Clerk is directed to send copies of this order to all counsel of record and the defendant. The Clerk is further directed to send three certified copies of this order to the United States Marshal.

DATED this 5th day of July, 2016.

SUSAN P. WATTERS
United States District Judge