IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. TRAVIS ALAN-CODY PAIR Defendant. | Case No. CR-15-30-BLG-SPW ORDER VACATING FINAL REVOCATION HEARING AND STAYING PROCEEDINGS |

Pending before the Court is the Defendant's Unopposed Motion to Vacate Hearing and Stay Proceedings (Doc. 84) for the reason Defendant has another case in CR-22-110-BLG-SPW pending in this Court. In order for the revocation hearing to coincide with Mr. Pair's case in CR-22-110-BLG-SPW,

**IT IS HEREBY ORDERED** that the revocation hearing currently set for November 23, 2022 at 10:30 a.m. is **VACATED**.

**IT IS FURTHER ORDERED** that the revocation proceedings are **STAYED** pending the resolution of CR-22-110-BLG-SPW, at which time the revocation hearing will be rescheduled.

1

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 21st day of November, 2022.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge